**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Simeon BELMONTES, aka Victor Belmontes, Defendant–Appellant.**

No. 01–10306.

D.C. No. CR–99–05193–REC.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 5, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Simeon Belmontes appeals his guilty-plea conviction and 120–month sentence imposed for conspiracy to possess and distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). Belmontes' attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Belmontes has filed a pro se supplemental brief.

Our review of the *Anders* and pro se briefs, and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.